UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| BRIAN J. SMITH,<br><br>  Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>  Defendant | Civil No.  C11-5211-MJP-MAT<br><br><br>ORDER FOR EXTENSION OF TIME<br>TO FILE AN ANSWER |

Based on Defendant's Motion, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Answer Due Date shall be amended as follows:

Defendant shall have up to and including June 27, 2011, to file Defendant's Answer.

DATED this <u>27th</u> day of May, 2011.

_____
Mary Alice Theiler
United States Magistrate Judge

Page 1      ORDER - [3:11-CV-05211-MJP-MAT]

1

Presented by:

2

s/ Lisa Goldoftas

3 LISA GOLDOFTAS
Special Assistant U.S. Attorney

4 Office of the General Counsel
Social Security Administration

5 701 Fifth Avenue, Suite 2900 MS/221A
Seattle, Washington 98104-7075

6 Telephone: (206) 615-3858
FAX: (206) 615-2531

7 lisa.goldoftas@ssa.gov

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24