UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| BRIAN J. SMITH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant | Civil No. C11-5211-MJP-MAT<br><br><br>ORDER FOR SECOND EXTENSION<br>OF TIME TO FILE A RESPONSE TO<br>PLAINTIFF'S COMPLAINT |

　　Based on Defendant's Motion, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Responsive Due Date shall be amended as follows:

　　Defendant shall have up to and including August 26, 2011, to file a Response to Plaintiff's Complaint.

　　DATED this 24th day of June, 2011.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Mary Alice Theiler
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Page 1　　ORDER - [C11-5211-MJP-MAT]

Presented by:

s/ Lisa Goldoftas
LISA GOLDOFTAS
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/221A
Seattle, Washington 98104-7075
Telephone: (206) 615-3858
FAX: (206) 615-2531
lisa.goldoftas@ssa.gov