UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN J. SMITH, ) | |
| ) | CASE NO. C11-5211-MJP |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | REPORT AND RECOMMENDATION |
| MICHAEL ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Plaintiff brought this action to seek judicial review of the denial of his application for Supplemental Security Income by the Commissioner of the Social Security Administration. The parties have now stipulated that this case should be reversed and remanded pursuant to sentence six of 42 U.S.C. § 405(g) due to the fact that significant portions of the audio recording of the hearing held in this matter are inaudible. (Dkt. 16.) Given the stipulation of the parties, the Court agrees that this case should be remanded further administrative proceedings, specifically a *de novo* hearing before the Administrative Law Judge.

The Court recommends that United States District Judge Marsha J. Pechman immediately approve this Report and Recommendation and order the case REMANDED for

REPORT AND RECOMMENDATION
PAGE -1

further administrative proceedings. Because this matter is remanded pursuant to sentence six of § 405(g), the District Court shall retain jurisdiction. A proposed order accompanies this Report and Recommendation.

DATED this <u>7th</u> day of September, 2011.

Mary Alice Theiler
United States Magistrate Judge