UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN J. SMITH,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>          Defendant. | CASE NO. C11-5211-MJP<br><br>ORDER OF REMAND |

The parties filed a stipulated motion to reverse and remand this case for further administrative proceedings.  (Dkt. 16.)   It is therefore ORDERED:

(1)     The Court adopts the Report and Recommendation;

(2)     The Court REMANDS this matter for further administrative proceeding pursuant to sentence six of 42 U.S.C. § 405(g); and

(3)     The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 9th day of September, 2011.

*/s/ Marsha J. Pechman*
Marsha J. Pechman
United States District Judge

ORDER OF REMAND
PAGE -1