UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIAN J. SMITH,

  Plaintiff,

 v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

  Defendant.

CASE NO. C11-5211-MJP

ORDER OF REMAND

The parties filed a stipulated motion to reverse and remand this case for further administrative proceedings. (Dkt. 16.) It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) The Court REMANDS this matter for further administrative proceeding

  pursuant to sentence six of 42 U.S.C. § 405(g); and

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 9th day of September, 2011.

              /s/ Marsha J. Pechman
              Marsha J. Pechman
              United States District Judge

ORDER OF REMAND
PAGE -1